Hildegarde E. ALESSE,
Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 03–7114.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Felix J. Deguilio, Principal Attorney, Pittsburgh, PA, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

## ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decision in *Alesse v. Principi*, 01–1731 (January 28, 2003) and have the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004).* Hildegarde E. Alesse opposes and moves in two motions to lift the stay and "summarily remand" the case to the Court of Appeals for Veterans Claims or the Board of Veterans Appeals to further rule on the merits of her case without

---

consideration of *Conway*. The Secretary replies and opposes. Alesse submits a surreply.

To the extent the parties request remand for consideration of additional issues not related to *Conway*, the court makes no ruling. These issues may be raised before the Court of Appeals for Veterans Claims on remand.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to vacate and remand the case is granted.

(2) Alesse's motion to lift the stay is granted.

(3) Alesse's motion to remand is moot.

